1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATCH A WAVE TECHNOLOGIES, INC.,

        Plaintiff,

  v.

SIRIUS XM RADIO INC.,

        Defendant.

                            /

No. C 12-05791 WHA

**REQUEST FOR STATUS REPORT**

      In the interest of judicial efficiency and to avoid unnecessary expenditure of effort, the Court would appreciate the parties confirming by FEBRUARY 4 AT NOON whether they intend to commence a review or reexamination proceeding at the USPTO regarding the '608 patent.

      **IT IS SO ORDERED.**

Dated:  January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE