IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIRIUS XM RADIO INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 12-05791 WHA<br><br>**REQUEST FOR STATUS REPORT** |

　　　In the interest of judicial efficiency and to avoid unnecessary expenditure of effort, the Court would appreciate the parties confirming by **FEBRUARY 4 AT NOON** whether they intend to commence a review or reexamination proceeding at the USPTO regarding the '608 patent.

　　　**IT IS SO ORDERED.**

Dated:   January 22, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE