IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | No. C 12-05791 WHA <br><br> **ORDER DENYING MOTION TO DISMISS AND VACATING HEARING** |

Because plaintiff has filed an amended complaint, defendant's pending motion to dismiss is **DENIED AS MOOT**. The hearing on February 14 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE