ROBERT E. FREITAS (SBN 80948)
rfreitas@ftklaw.com
KAIWEN TSENG (SBN 193756)
ktseng@ftklaw.com
QUDUS B. OLANIRAN (SBN 267838)
qolaniran@ftklaw.com
KEN K. FUNG (SBN 283854)
kfung@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff/Counter-Defendant,
CATCH A WAVE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant/Counter-Claimant. | Case No. 3:12-cv-05791-WHA<br><br>**PLAINTIFF CATCH A WAVE TECHNOLOGIES, INC.'S ANSWER TO DEFENDANT SIRIUS XM RADIO INC.'S FIRST AMENDED COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Catch a Wave Technologies, Inc. ("CAWT") hereby answers the allegations made in Defendant Sirius XM Radio Inc.'s ("Sirius XM") First Amended Counterclaims as follows:

**PLAINTIFF CATCH A WAVE TECHNOLOGIES, INC.'S**
**ANSWERS TO SIRIUS XM RADIO INC.'S COUNTERCLAIMS**

1. CAWT admits that Sirius XM purports to assert counterclaims against CAWT, but denies all remaining allegations in Paragraph 1 of the counterclaims in Sirius XM's First Amended Answer ("Counterclaims").

**PARTIES**

2. CAWT admits that Sirius XM is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 1221 Avenue of the Americas, New York, New York 10020. CAWT lacks sufficient knowledge to admit or deny all other allegations contained within Paragraph 2 of Sirius XM's Counterclaims.

3. Admitted.

**JURISDICTION AND VENUE**

4. CAWT admits that Sirius XM purports that the Counterclaims arise under the United States Patent Laws, 35 U.S.C. §§ 101 *et seq* and that the Counterclaims seek declaratory relief for which this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202. CAWT denies that Sirius XM is entitled to any such relief as alleged in Paragraph 4.

5. Admitted.

6. Admitted.

7. CAWT admits that an actual and justiciable controversy exists between Sirius XM and CAWT, but denies all remaining allegations in Paragraph 7 of Sirius XM's Counterclaims.

**COUNT ONE:**
**DECLARATION OF NON-INFRINGEMENT OF THE '608 PATENT**

8. CAWT realleges and incorporates by reference the allegations set forth in Paragraphs 1 through 7 of its Answer to Sirius XM's Counterclaims as if fully set forth herein.

/ / /

9. CAWT denies the allegations contained within Paragraph 9 of Sirius XM's Counterclaims.

10. CAWT denies the allegations contained within Paragraph 10 of Sirius XM's Counterclaims.

**COUNT TWO:**

**DECLARATION OF INVALIDITY OF THE '608 PATENT**

11. CAWT realleges and incorporates by reference the allegations set forth in Paragraphs 1 through 10 of its Answer to Sirius XM's Counterclaims as if fully set forth herein.

12. CAWT denies the allegations contained within Paragraph 12 of Sirius XM's Counterclaims.

13. CAWT denies the allegations contained within Paragraph 13 of Sirius XM's Counterclaims.

14. CAWT denies the allegations contained within Paragraph 14 of Sirius XM's Counterclaims.

15. CAWT denies the allegations contained within Paragraph 15 of Sirius XM's Counterclaims.

16. CAWT denies the allegations contained within Paragraph 16 of Sirius XM's Counterclaims.

17. CAWT denies the allegations contained within Paragraph 17 of Sirius XM's Counterclaims.

18. CAWT denies the allegations contained within Paragraph 18 of Sirius XM's Counterclaims.

19. CAWT denies the allegations contained within Paragraph 19 of Sirius XM's Counterclaims.

20. CAWT denies the allegations contained within Paragraph 20 of Sirius XM's Counterclaims.

21. CAWT denies the allegations contained within Paragraph 21 of Sirius XM's Counterclaims.

**CAWT'S PRAYER FOR RELIEF**

CAWT prays for relief as follows:

1. that Sirius XM's Counterclaims be dismissed with prejudice;
2. that Sirius XM infringes all claims of the asserted patent;
3. that each and every claim of the asserted patent is valid and enforceable;
4. that Sirius XM's prayer for attorney fees, expenses and costs be denied;
5. that the Court award CAWT the relief sought in its First Amended Complaint; and
6. that CAWT is entitled to any and all other relief that the Court deems just and equitable.

Dated: April 8, 2013

FREITAS TSENG & KAUFMAN LLP

By: */s/ Ken K. Fung*

Robert E. Freitas (SBN 80948)
Kaiwen Tseng (SBN 193756)
Qudus B. Olaniran (SBN 267838)
Ken K. Fung (SBN 283854)
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@ftklaw.com
ktseng@ftklaw.com
qolaniran@ftklaw.com
kfung@ftklaw.com

Attorneys for Plaintiff/Counter-Defendant,
CATCH A WAVE TECHNOLOGIES, INC.