United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATCH A WAVE TECHNOLOGIES, INC.,

    Plaintiff,

  v.

SIRIUS XM RADIO, INC.,

    Defendant.

No. C 12-05791 WHA

**ORDER REQUESTING RESPONSE**

The Court is in receipt of the defendant's July 23 discovery letter (Dkt. No. 42). Plaintiff is requested to file a response not to exceed three pages by **JULY 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE