United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | No. C 12-05791 WHA <br><br> **ORDER REQUESTING RESPONSE** |

The Court is in receipt of the defendant's July 23 discovery letter (Dkt. No. 42). Plaintiff is requested to file a response not to exceed three pages by **JULY 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE