IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATCH A WAVE TECHNOLOGIES, INC.,

    Plaintiff,

  v.

SIRIUS XM RADIO, INC.,

    Defendant.

No. C 12-05791 WHA

**ORDER TO SHOW CAUSE**

    Defendant filed a motion to seal documents designated confidential by plaintiff (Dkt. No. 52). Plaintiff's deadline under Local Rule 79-5(d) to file a declaration establishing that the information is sealable has expired. Plaintiff is **ORDERED TO SHOW CAUSE** why the subject documents should not be filed on the public docket by **OCTOBER 2 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE