IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>  v. <br><br>SIRIUS XM RADIO, INC., <br><br>    Defendant. | No. C 12-05791 WHA <br><br> **ORDER TO SHOW CAUSE** |

Defendant filed a motion to seal documents designated confidential by plaintiff (Dkt. No. 52). Plaintiff's deadline under Local Rule 79-5(d) to file a declaration establishing that the information is sealable has expired. Plaintiff is **ORDERED TO SHOW CAUSE** why the subject documents should not be filed on the public docket by **OCTOBER 2 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 1, 2013.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE