IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SIRIUS XM RADIO, INC.,<br><br>    Defendant.<br>_____/ | No. C 12-05791 WHA<br><br>**ORDER DENYING MOTION TO SEAL** |

    Defendant filed a motion to seal documents designated confidential by plaintiff (Dkt. No. 52). Plaintiff, however, does not oppose filing the documents on the public docket (Dkt. No. 55). The motion to seal is accordingly **DENIED**. Defendant shall file the subject documents on the public docket by **OCTOBER 4 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 3, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE