Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Catch a Wave Technologies, Inc.,  )
                                  )  Case No: 12-05791-WHA
              Plaintiff(s),       )
                                  )  **APPLICATION FOR**
       v.                         )  **ADMISSION OF ATTORNEY**
                                  )  **PRO HAC VICE**
Sirius XM Radio Inc.,             )  (CIVIL LOCAL RULE 11-3)
                                  )
              Defendant(s).       )
                                  )

I, Mark Anthony Baghdassarian, an active member in good standing of the bar of U.S.D.C. Southern Dist. of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sirius XM Radio Inc. in the above-entitled action. My local co-counsel in this case is Lisa Kobialka, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 | Kramer Levin Naftalis & Frankel LLP, 990 Marsh Road, Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 715-9193 | (650) 752-1700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| MBaghdassarian@kramerlevin.com | LKobialka@kramerlevin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3025558.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/04/13

                                        Mark Anthony Baghdassarian
                                             APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mark Anthony Baghdassarian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: December 5, 2013.

IT IS SO ORDERED
/s/ Wm. Alsup
Judge William Alsup
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*