IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH A WAVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | No. C 12-05791 WHA <br><br> **ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 77)** |

On February 27, defendant Sirius XM Radio, Inc. filed an administrative motion for leave to file under seal Exhibits 5 through 17, 24, and 25 and portions of its motion for summary judgment, based on plaintiff's confidentiality designations (Dkt. No. 77). On March 5, plaintiff Catch a Wave Technologies, Inc. ("CAWT") filed a declaration stating: "the bulk of the information . . . can be filed on the public docket," including "the entirety of Sirius XM's motion for summary judgment" (Chen Decl. ¶ 3, Dkt. No. 80 at 1). CAWT, however, seeks to seal the email addresses contained in Exhibits 5, 7, 8, 9, 11, 13, 15, and 17 because "public disclosure of the email addresses *could* subject the owners to *potential* invasions of privacy" (*id*. ¶ 5) (emphasis added). The email addresses are still used by their respective owners (*ibid*.). "CAWT is willing to work with Sirius XM to redact the email address from the exhibits" (Dkt. No. 80 at 1). Nevertheless, compelling reasons have not been shown to seal the requested portions of the exhibits. The undersigned judge is also skeptical that it would be workable to redact every email address referenced in papers submitted to the Court on dispositive motions in a patent-litigation action proceeding in federal court based on nothing more than a speculative concern about potential invasions of privacy. Defendant's sealing motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE